

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2019

No. 04-19-00220-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

Armando D. **RIOJAS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI13534
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's brief was due May 28, 2019. On that day, appellant filed a motion requesting an extension of thirty days to file its brief. After consideration, we **GRANT IN PART** and **DENY IN PART** appellant's request and **ORDER** appellant to file its brief **on or before June 17, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court